IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CORRECT TRANSMISSION, LLC<br><br>    Plaintiff,<br>v.<br><br>NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, AND NOKIA OF AMERICA CORPORATION.,<br><br>    Defendants. | CASE NO. 2:22-cv-00343<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS**
**NOKIA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, AND NOKIA OF AMERICA CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation make this Corporate Disclosure Statement. Nokia of America Corporation is a wholly owned subsidiary of Nokia Solutions and Networks B.V., a company organized under the laws of the Netherlands, which is a wholly owned subsidiary of Nokia Solutions and Networks Oy, a company organized under the laws of Finland. Nokia Solutions and Networks Oy is a wholly owned subsidiary of Nokia Corporation. Nokia Corporation is a publicly traded company organized under the laws of Finland.

Dated: December 14, 2022                 RESPECTFULLY SUBMITTED,

                                               */s/ John D. Haynes*

Deron R. Dacus (TX Bar No. 00790553)
THE DACUS FIRM
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-7233
Facsimile: (903) 581-2543
Email: ddacus@dacusfirm.com

John D. Haynes (GA Bar No. 340599)
David S. Frist (GA Bar No. 205611)
Sloane Kyrazis (GA Bar No. 878240)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
john.haynes@alston.com
david.frist@alston.com
sloane.kyrazis@alston.com

M. Scott Stevens (NC Bar No. 37828)
Erin Beaton (NC Bar No. 59594)
Nicholas C. Marais (NC Bar No. 53533)
ALSTON & BIRD LLP
One South at The Plaza
101 South Tryon Street
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile:  (704) 444-1111
scott.stevens@alston.com
erin.beaton@alston.com
nic.marais@alston.com

Thomas W. Davison (FL Bar No. 55687)
ALSTON & BIRD LLP
950 F St NW
Washington, DC 20004
Phone: (202) 239-3300
Fax:    202.239.3333
Email: tom.davison@alston.com

Katherine G. Rubschlager (CA 328100)
katherine.rubschlager@alston.com
ALSTON 7 BIRD LLP
1950 University Ave., Suite 430

East Palo Alto, CA 94303
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

*Attorneys for Defendants Nokia Corporation, Nokia Solutions and Networks Oy, and Nokia of America Corporation*

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on December 14, 2022, via the Court's CM/ECF system.

Dated: December 14, 2022        <u>*/s/ John D. Haynes*</u>

                                       John D. Haynes (GA Bar No. 340599)
                                       ALSTON & BIRD LLP
                                       1201 West Peachtree Street
                                       Atlanta, GA 30309
                                       Telephone: (404) 881-7000
                                       Facsimile: (404) 881-7777
                                       john.haynes@alston.com