UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CORRECT TRANSMISSION, LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:22-CV-0343-JRG-RSP |
| v. | § § § | |
| NOKIA CORPORATION, ET AL., | § § § | |
| Defendants. | § § | |

# NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REAL TIME REPORTING

Pursuant to this Court's Second Amended Docket Control Order (Dkt. 146), Plaintiff Correct Transmission, LLC requests daily transcripts and real time reporting of the Court proceedings for the upcoming scheduled trial in this matter.

Further, a copy of this request was also sent via electronic mail to the Court Reporter, Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.


Dated: <u>February 26, 2024</u>       Respectfully submitted,

                                      */s/ Joshua J. Bennett*
                                      Bradley D. Liddle
                                      bliddle@carterarnett.com
                                      Texas Bar No. 24074599
                                      Michael Pomeroy
                                      Texas State Bar No. 24098952
                                      Joshua J. Bennett
                                      jbennett@carterarnett.com
                                      Texas Bar No. 24059444
                                      Linda R. Stahl
                                      lstahl@carterarnett.com
                                      Texas Bar No. 00798525
                                      **CARTER ARNETT PLLC**

1

8150 N. Central Expressway
Suite 500
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that on February 26, 2024, a true and correct copy of the foregoing instrument was delivered to all counsel of record through the court's electronic filing system.

*/s/ Joshua J. Bennett*
Joshua J. Bennett