# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **CORRECT TRANSMISSION, LLC** | § |
| | § |
| v. | §    CASE NO. 2:22-CV-00343-JRG-RSP |
| | § |
| **NOKIA OF AMERICA CORPORATION** | § |

### MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### October 30, 2024

**OPEN:** 09:12 AM                           **ADJOURN:** 05:27 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| LAW CLERKS: | Riley Zoch<br>Amy Wann<br>Danielle Zapata |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:12 AM | Court opened. |
| 09:12 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:25 AM | Court called for announcements from the parties. |
| 09:26 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:37 AM | Prospective Jurors began introduction of themselves. |
| 09:58 AM | Court provided additional instructions to Jury Pool. |
| 10:02 AM | *Voir dire* on behalf of Plaintiff by Mr. Dovel. |
| 10:30 AM | *Voir dire* on behalf of Defendant by Mr. Smith. |
| 10:59 AM | Bench conference with counsel re: challenges for cause. |
| 11:00 AM | Bench conference concluded. |
| 11:00 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 11:02 AM | Remainder of Jury Pool recessed. |
| 11:03 AM | Counsel approached bench. |
| 11:03 AM | Strike conference: no challenges for cause. |
| 11:10 AM | Strike conference concluded. Attorneys excused to exercise strikes. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:10 AM | Recess. |
| 11:41 AM | Court reconvened. |
| 11:41 AM | Instructions given by the Court.  Jurors selected. |
| 11:45 AM | Jurors sworn. |
| 11:47 AM | Remainder of Jury Pool excused. |
| 11:48 AM | Additional instructions given by the Court. |
| 12:03 PM | Jury recessed for lunch. |
| 12:03 PM | Recess. |
| 12:56 PM | Court reconvened. |
| 12:57 PM | Rule invoked to exclude expert witnesses. |
| 12:57 PM | Jury returned to courtroom. |
| 12:58 PM | Court gave preliminary instructions to Jury. |
| 01:35 PM | Notebooks provided to Jury. |
| 01:35 PM | Continuation of Court's preliminary instructions to Jury. |
| 01:41 PM | Plaintiff's opening statement by Mr. Dovel. |
| 02:04 PM | Defendant's opening statement by Mr. Haynes. |
| 02:34 PM | Opening statements concluded. |
| 02:34 PM | Jury recessed for break. |
| 02:34 PM | Recess. |
| 02:47 PM | Court reconvened. |
| 02:47 PM | Jury returned to courtroom. |
| 02:48 PM | Plaintiff's case-in-chief: |
| 02:48 PM | Witness sworn. |
| 02:49 PM | Direct examination of Dr. Ricardo Valerdi by Mr. Dovel. |
| 03:24 PM | **Courtroom sealed**. |
| 03:24 PM | Continuation direct examination of Dr. Ricardo Valerdi by Mr. Dovel. |
| 03:25 PM | **Courtroom unsealed**. |
| 03:26 PM | Continuation direct examination of Dr. Ricardo Valerdi by Mr. Dovel. |
| 03:47 PM | **Courtroom sealed**. |
| 03:47 PM | Continuation direct examination of Dr. Ricardo Valerdi by Mr. Dovel. |
| 03:51 PM | **Courtroom unsealed**. |
| 03:51 PM | Continuation direct examination of Dr. Ricardo Valerdi by Mr. Dovel. |
| 04:16 PM | Bench conference. |
| 04:16 PM | Bench conference concluded. |
| 04:17 PM | Objection raised. |
| 04:17 PM | Jury recessed to jury room. |
| 04:17 PM | Court took up objection outside presence of the Jury. |
| 04:17 PM | Court heard argument and made rulings as set forth in the record. |
| 04:32 PM | Jury returned to courtroom. |
| 04:32 PM | Continuation direct examination of Dr. Ricardo Valerdi by Mr. Dovel. |
| 04:45 PM | **Courtroom sealed**. |
| 04:46 PM | Continuation direct examination of Dr. Ricardo Valerdi by Mr. Dovel. |
| 04:51 PM | **Courtroom unsealed**. |
| 04:51 PM | Continuation direct examination of Dr. Ricardo Valerdi by Mr. Dovel. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:24 PM | Court provided instructions to the Jury. |
| 05:25 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 05:26 PM | Court reminded the parties of the reading into the record each morning exhibits used prior day during trial. |
| 05:26 PM | Court reminded the parties of their meet and confer obligations.  Court will be available by 7:30 in the morning to take up any disputes. |
| 05:27 PM | Court adjourned. |

Case 2:22-cv-00343-JRG-RSP   Document 323   Filed 10/30/24   Page 3 of 3 PageID #:  22878