**2:22-cv-00343-JRG-RSP**
**Correct Transmission LLC v Nokia of America Corporation**
October 30, 2024 at 9:00 AM
Trial (with Jury Selection) -- Day 1

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Michael Smith | Nokia Corp. |
| John Haynes | " " |
| Deron Dacus | " " |
| Jeff Eichmann | Correct Transmission |
| Greg Dovel | " |
| Travis Underwood | " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Jeff Valley | Nokia corporate rep |
| Jeremy Pitcock | Correct Transmission rep |