IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

**CORRECT TRANSMISSION, LLC**       §
                                     §
v.                                   §   CASE NO. 2:22-CV-00343-JRG-RSP
                                     §
**NOKIA OF AMERICA CORPORATION**     §

MINUTES FOR JURY TRIAL DAY NO. 3
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
November 1, 2024

**OPEN:** 08:35 AM                                       **ADJOURN:** 05:23 PM

ATTORNEYS FOR PLAINTIFF:        See attached

ATTORNEYS FOR DEFENDANT:        See attached

LAW CLERKS:                     Riley Zoch
                                Amy Wann
                                Danielle Zapata

COURT REPORTER:                 Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:               Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:35 AM | Court opened. |
| 08:36 AM | Exhibits used prior day read into the record. |
| 08:40 AM | Jury entered the courtroom. |
| 08:40 AM | Continuation Plaintiff's case-in-chief: |
| 08:40 AM | Cross examination of Mr. Stephen Dell by Mr. Dacus. |
| 09:35 AM | Bench conference. |
| 09:37 AM | Bench conference concluded. |
| 09:37 AM | Redirect examination of Mr. Stephen Dell by Mr. Underwood. |
| 09:48 AM | Recross examination of Mr. Stephen Dell by Mr. Dacus. |
| 09:50 AM | Completion of testimony of Mr. Stephen Dell. |
| 09:50 AM | Plaintiff rested its case-in-chief. |
| 09:51 AM | Jury recessed for break. |
| 09:51 AM | Recess. |
| 10:07 AM | Court reconvened. |
| 10:08 AM | Court heard and issued directives as set forth in the record re: Defendant's request to seal a portion of the written transcript of the trial testimony of Mr. Stephen Dell. |
| 10:09 AM | Jury returned to courtroom. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:10 AM | Defendant's case in chief: |
| 10:10 AM | Witness sworn. |
| 10:10 AM | Direct examination of Mr. Jeffrey Valley by Mr. Haynes. |
| 11:38 AM | Cross examination of Mr. Jeffrey Valley by Mr. Dovel. |
| 11:42 AM | Bench conference. |
| 11:46 AM | Bench conference concluded. |
| 11:46 AM | Continuation cross examination of Mr. Jeffrey Valley by Mr. Dovel. |
| 11:48 AM | Bench conference. |
| 11:51 AM | Bench conference concluded. |
| 11:51 AM | Jury recessed for lunch break. |
| 11:52 AM | Recess. |
| 12:48 PM | Court reconvened. |
| 12:49 PM | Court made rulings as set forth in the record re: objection raised at bench conference. |
| 12:58 PM | Jury returned to courtroom. |
| 12:59 PM | Court provided an instruction to the Jury. |
| 01:00 PM | Continuation cross examination of Mr. Jeffrey Valley by Mr. Dovel. |
| 01:25 PM | Bench conference. |
| 01:25 PM | Bench conference concluded. |
| 01:25 PM | Continuation cross examination of Mr. Jeffrey Valley by Mr. Dovel. |
| 01:39 PM | Bench conference. |
| 01:40 PM | Bench conference concluded. |
| 01:40 PM | Continuation cross examination of Mr. Jeffrey Valley by Mr. Dovel. |
| 01:44 PM | Redirect examination of Mr. Jeffrey Valley by Mr. Haynes. |
| 01:54 PM | Recross examination of Mr. Jeffrey Valley by Mr. Dovel. |
| 01:56 PM | Completion of testimony of Mr. Jeffrey Valley. |
| 01:57 PM | Witness sworn. |
| 01:57 PM | Direct examination of Dr. Bill Lin by Mr. Tsui. |
| 02:35 PM | Jury recessed for break. |
| 02:35 PM | Recess. |
| 02:58 PM | Court reconvened. |
| 02:58 PM | Jury returned to courtroom. |
| 02:59 PM | Continuation direct examination of Dr. Bill Lin by Mr. Tsui. |
| 03:09 PM | **Courtroom sealed**. |
| 03:09 PM | Continuation direct examination of Dr. Bill Lin by Mr. Tsui. |
| 03:11 PM | Objection raised. |
| 03:12 PM | Jury retired to jury room. |
| 03:12 PM | Court took up objection outside presence of the Jury. |
| 03:12 PM | Court heard argument and made rulings as set forth in the record. |
| 03:24 PM | Jury returned to courtroom. |
| 03:24 PM | Continuation direct examination of Dr. Bill Lin by Mr. Tsui. |
| 03:27 PM | **Courtroom unsealed**. |
| 03:28 PM | Continuation direct examination of Dr. Bill Lin by Mr. Tsui. |
| 04:27 PM | **Courtroom sealed**. |
| 04:28 PM | Continuation direct examination of Dr. Bill Lin by Mr. Tsui. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:30 PM | **Courtroom unsealed**. |
| 04:31 PM | Continuation direct examination of Dr. Bill Lin by Mr. Tsui. |
| 04:37 PM | **Courtroom sealed**. |
| 04:38 PM | Continuation direct examination of Dr. Bill Lin by Mr. Tsui. |
| 04:39 PM | **Courtroom unsealed**. |
| 04:39 PM | Continuation direct examination of Dr. Bill Lin by Mr. Tsui. |
| 04:43 PM | **Courtroom sealed**. |
| 04:44 PM | Continuation direct examination of Dr. Bill Lin by Mr. Tsui. |
| 04:52 PM | **Courtroom unsealed**. |
| 04:53 PM | Continuation direct examination of Dr. Bill Lin by Mr. Tsui. |
| 04:56 PM | **Courtroom sealed**. |
| 04:57 PM | Continuation direct examination of Dr. Bill Lin by Mr. Tsui. |
| 05:04 PM | **Courtroom unsealed**. |
| 05:04 PM | Continuation direct examination of Dr. Bill Lin by Mr. Tsui. |
| 05:17 PM | Bench conference. |
| 05:17 PM | Bench conference concluded. |
| 05:17 PM | Court provided instructions to the Jury. |
| 05:19 PM | Jury recessed until 8:30 Monday morning. |
| 05:20 PM | Court directed counsel to meet and confer and jointly submit an updated proposed final jury instructions and verdict form by 8:00 AM Monday morning in Word format and electronically transmitted to Court staff. |
| 05:22 PM | Court reminded the parties of their ongoing meet and confer obligations.  Court will be available by 7:30 Monday morning to take up disputes. |
| 05:23 PM | Court adjourned until Monday morning. |