## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **CORRECT TRANSMISSION, LLC** | § |
| | § |
| v. | § CASE NO. 2:22-CV-00343-JRG-RSP |
| | § |
| **NOKIA OF AMERICA CORPORATION** | § |

### MINUTES FOR JURY TRIAL DAY NO. 4
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
November 4, 2024

**OPEN:  08:25 AM**                                      **ADJOURN:  05:46 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| LAW CLERKS: | Riley Zoch<br>Amy Wann<br>Danielle Zapata |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:25 AM | Court opened. |
| 08:25 AM | Exhibits used last Friday read into the record. |
| 08:27 AM | Jury entered the courtroom. |
| 08:27 AM | Continuation Defendant's case-in-chief: |
| 08:28 AM | Cross examination of Dr. Bill Lin by Mr. Dovel. |
| 09:15 AM | Bench conference. |
| 09:16 AM | Bench conference concluded. |
| 09:16 AM | Continuation cross examination of Dr. Bill Lin by Mr. Dovel. |
| 09:21 AM | Bench conference. |
| 09:23 AM | Bench conference concluded. |
| 09:23 AM | Continuation cross examination of Dr. Bill Lin by Mr. Dovel. |
| 09:26 AM | Bench conference. |
| 09:27 AM | Bench conference concluded. |
| 09:27 AM | Continuation cross examination of Dr. Bill Lin by Mr. Dovel. |
| 09:32 AM | Bench conference. |
| 09:39 AM | Bench conference concluded. |
| 09:39 AM | Continuation cross examination of Dr. Bill Lin by Mr. Dovel. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:07 AM | Jury recessed for break. |
| 10:08 AM | Recess. |
| 10:18 AM | Court reconvened. |
| 10:20 AM | Jury returned to courtroom. |
| 10:20 AM | Redirect examination of Dr. Bill Lin by Mr. Tsui. |
| 10:30 AM | Completion of testimony of Dr. Bill Linn. |
| 10:30 AM | Witness sworn. |
| 10:31 AM | Direct examination of Dr. Henry Houh by Mr. Davison. |
| 11:05 AM | **Courtroom sealed**. |
| 11:05 AM | Continuation direct examination of Dr. Henry Houh by Mr. Davison. |
| 11:08 AM | **Courtroom unsealed**. |
| 11:08 AM | Continuation direct examination of Dr. Henry Houh by Mr. Davison. |
| 11:31 AM | Cross examination of Dr. Henry Houh by Mr. Dovel. |
| 11:49 AM | Objection raised. |
| 11:49 AM | Jury recessed for lunch break. |
| 11:50 AM | Court took up objection outside presence of the Jury. |
| 11:50 AM | Court heard argument and made rulings as set forth in the record. |
| 12:01 PM | Recess. |
| 01:11 PM | Court reconvened. |
| 01:11 PM | Court addressed objections previously raised. |
| 01:22 PM | Jury returned to courtroom. |
| 01:23 PM | Continuation cross examination of Dr. Henry Houh by Mr. Dovel. |
| 01:43 PM | Bench conference. |
| 01:44 PM | Bench conference concluded. |
| 01:44 PM | Continuation cross examination of Dr. Henry Houh by Mr. Dovel. |
| 01:44 PM | Redirect examination of Dr. Henry Houh by Mr. Davison. |
| 01:50 PM | Completion of testimony of Dr. Henry Houh. |
| 01:50 PM | Mr. Haynes introduced the video designation of Mr. Yehuda Binder. |
| 01:57 PM | Video designation of Mr. Yehuda Binder concluded. |
| 01:57 PM | Witness sworn. |
| 01:58 PM | Direct examination of Ms. Melissa Bennis by Ms. Wroblewski. |
| 02:09 PM | **Courtroom sealed**. |
| 02:09 PM | Continuation direct examination of Ms. Melissa Bennis by Ms. Wroblewski. |
| 02:14 PM | **Courtroom unsealed**. |
| 02:15 PM | Continuation direct examination of Ms. Melissa Bennis by Ms. Wroblewski. |
| 02:28 PM | Cross examination of Ms. Melissa Bennis by Mr. Eichmann. |
| 02:43 PM | **Courtroom sealed**. |
| 02:44 PM | Continuation cross examination of Ms. Melissa Bennis by Mr. Eichmann. |
| 03:07 PM | Completion of testimony of Ms. Melissa Bennis. |
| 03:07 PM | **Courtroom unsealed**. |
| 03:08 PM | Defendant rested its case-in-chief. |
| 03:08 PM | Jury recessed for break. |
| 03:09 PM | Recess. |
| 03:21 PM | Court reconvened. |

| TIME | MINUTE ENTRY |
|---|---|
| 03:21 PM | Jury returned to courtroom. |
| 03:21 PM | Plaintiff's rebuttal case: |
| 03:22 PM | Direct examination of rebuttal witness Dr. Ricardo Valerdi by Mr. Dovel. |
| 03:55 PM | Cross examination of rebuttal witness Dr. Ricardo Valerdi by Mr. Haynes. |
| 04:14 PM | Bench conference. |
| 04:14 PM | Bench conference concluded. |
| 04:14 PM | Continuation cross examination of rebuttal witness Dr. Ricardo Valerdi by Mr. Haynes. |
| 04:20 PM | Redirect examination of rebuttal witness Dr. Ricardo Valerdi by Mr. Dovel. |
| 04:28 PM | Completion of testimony of Dr. Ricardo Valerdi. |
| 04:28 PM | Plaintiff rested its rebuttal case. |
| 04:28 PM | Both sides rested. |
| 04:28 PM | Court provided instructions to Jury. |
| 04:30 PM | Jury excused for the remainder of the day to return tomorrow at 9:00 AM. |
| 04:31 PM | Court will take up Rule 50(a) motions following recess. |
| 04:33 PM | Recess. |
| 04:54 PM | Court reconvened. |
| 04:55 PM | Court took up Rule 50(a) motions. |
| 04:55 PM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 04:58 PM | Court began hearing argument on Rule 50(a) motions. |
| 05:45 PM | Argument concluded. |
| 05:45 PM | Court made rulings as set forth in the record. |
| 05:45 PM | Completion of hearing re: Rule 50(a) motions. |
| 05:45 PM | Court to recess and reconvene to conduct informal charge conference (off the record) in chambers. |
| 05:46 PM | Recess. |