## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| CORRECT TRANSMISSION, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:22-CV-00343-JRG |
| | § | |
| NOKIA OF AMERICA CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

## <u>VERDICT FORM</u>

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- **"Correct Transmission"** or **"CT"** refers to Plaintiff Correct Transmission, LLC.
- **"Nokia"** refers to Defendant Nokia of America Corp.
- The **"'523 Patent"** refers to U.S. Patent No. 7,127,523
- The **"'465 Patent"** refers to U.S. Patent No. 7,283,465
- The **"'928 Patent"** refers to U.S. Patent No. 7,768,928
- **"Asserted Patents"** refers collectively to the '523 Patent, the '465 Patent, and the '928 Patent.
- **"Asserted Claims"** refers collectively to '523 Patent claim 10, '465 Patent claim 1, and '928 Patent claim 1.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

## QUESTION NO. 1

Did Correct Transmission prove by a preponderance of the evidence that Nokia infringed **ANY** of the following Asserted Claims?

**Answer "Yes" or "No" for each Asserted Patent listed below.**

Claim 10 of the '523 Patent:

Yes: _____     **OR**     No: __X__

Claim 1 of the '465 Patent:

Yes: _____     **OR**     No: __X__

Claim 1 of the '928 Patent:

Yes: _____     **OR**     No: __X__

**QUESTION NO. 2**

Did Nokia prove by clear and convincing evidence that the following Asserted Claim is **invalid** as **lacking an adequate written description**?

**Answer "Yes" or "No" for the Asserted Claim listed below.**

Claim 10 of the '523 Patent:

Yes: _____     **OR**     No: _✕____

**If the answer is NO to every claim in Question No. 1, then your deliberations are complete and your foreperson should sign this verdict form (page 9) and notify the Court that you have reached your verdict. Do not answer Question Nos. 3, 4a, 4b, and 4c.**

**If the answer is YES to the Asserted Claim in Question No. 2, do not answer Question 4a.**

**For any Asserted Patent, that is BOTH INFRINGED and is NOT INVALID (NO on Question No. 2 for the '523 Patent), then proceed to answer Question Nos. 3, 4a, 4b, and 4c.**

## QUESTION NO. 3

Did Correct Transmission prove by a preponderance of the evidence that Nokia **willfully** infringed **any** of the Asserted Claims that you found were infringed?

**Please answer "Yes" or "No" below:**

Yes: _____          No: _____

**QUESTION NO. 4a**

What sum of money, if paid now in cash, do you find by a preponderance of the evidence would fairly and reasonably compensate Plaintiff Correct Transmission for Nokia's infringement of Claim 10 of the '523 Patent??

$ _____

'523 Patent

**QUESTION NO. 4b**

What sum of money, if paid now in cash, do you find by a preponderance of the evidence would fairly and reasonably compensate Plaintiff Correct Transmission for Nokia's infringement of Claim 1 of the '465 Patent?

$ _____

'465 Patent

**QUESTION NO. 4c**

What sum of money, if paid now in cash, do you find by a preponderance of the evidence would fairly and reasonably compensate Plaintiff Correct Transmission for Nokia's infringement of Claim 1 of the '928 Patent?

$ _____

'928 Patent

## <u>FINAL PAGE OF THE JURY VERDICT FORM</u>

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 5th day of November 2024.

_____
Jury Foreperson